UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

David Roebuck,

        Plaintiff,

v.

Midland Credit Management, Inc.; and
DOES 1-10, inclusive,

        Defendants.

Civil Action No.: 3:11-cv-01131(SRU)(WIG)

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendants Midland Credit Management, Inc. without prejudice and without costs to either party.

David Roebuck

Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES
1100 Summer Street, 3rd Floor
Stamford, CT 06905
(203) 653-2250
Attorney for Plaintiff

Midland Credit Management, Inc.

Jill E. Alward
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000
Attorneys for Defendant

SO ORDERED

## CERTIFICATE OF SERVICE

I certify that on this 6th day of February, 2012, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of such filing to the following:

Jill E. Alward
Wilson, Elser, Moskowitz
Edelman & Dicker, LLP
150 East 42nd Street
New York, New York 10017-5639

By:  /s/ Sergei Lemberg
     Sergei Lemberg